In Re: §
§
JOBY C. K. CELOZA § Case No. 21-00212
§
Debtor §
§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/08/2021. The undersigned trustee was appointed on 03/08/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 4,307.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,307.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/12/2022 and the deadline for filing governmental claims was 09/03/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,076.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,076.75, for a total compensation of $1,076.75$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.08, for total expenses of $4.08$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2022     By: /s/Elizabeth A. Kane, Trustee
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit A

| Case No: | 21-00212 | RJF | Judge: | Robert J. Faris | Trustee Name: | Elizabeth A. Kane, Trustee |
| Case Name: | JOBY C. K. CELOZA | | | | Date Filed (f) or Converted (c): | 03/08/2021 (f) |
| | | | | | 341(a) Meeting Date: | 04/09/2021 |
| For Period Ending: | 02/02/2022 | | | | Claims Bar Date: | 01/12/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. ELECTRONIC | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 4. RING | 200.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 40.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT (CHASE) - $3,700.00 CHECKING ACCOUNT (NAVY FCU) - $400.00 SAVINGS ACCOUNT (NAVY FCU) - $1,100.00 | 5,200.00 | 0.00 | | 0.00 | FA |
| 7. STOCKS | 250.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT ACCOUNT | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. ANTICIPATED TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. POSSIBLE Preference claim against Hawaii State FCU (u) | 0.00 | 4,300.00 | | 4,307.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $14,990.00      $4,300.00      $4,307.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/15/21 Tius not interested. Sent demand letter to credit union without counsel.

9/14/21 reviewed documents, emailed Susan Tius to see if interested in being counsel. Preference claim against credit union. Credit card paid off within preference period.

Initial Projected Date of Final Report (TFR): 06/30/2022      Current Projected Date of Final Report (TFR): 06/30/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 21-00212
Case Name: JOBY C. K. CELOZA
Trustee Name: Elizabeth A. Kane, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0388
Checking
Taxpayer ID No: XX-XXX9617
Blanket Bond (per case limit): $450,000.00
For Period Ending: 02/02/2022
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/21 | 10 | Hawaii State Federal Credit Union | preference payment | 1241-000 | $4,307.00 | | $4,307.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,307.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,307.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,307.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0388 - Checking | $4,307.00 | $0.00 | $4,307.00 |
| | $4,307.00 | $0.00 | $4,307.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,307.00 |
| Total Gross Receipts: | $4,307.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00212
Debtor Name: JOBY C. K. CELOZA
Claims Bar Date: 1/12/2022

Date: February 2, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Elizabeth A. Kane<br>P.O. BOX 1573, HONOLULU, HI 96806 | Administrative | | $0.00 | $1,076.75 | $1,076.75 |
| 100 2200 | Elizabeth A. Kane<br>P.O. BOX 1573, HONOLULU, HI 96806 | Administrative | | $0.00 | $4.08 | $4.08 |
| 1 300 7100 | U.S. DEPARTMENT OF EDUCATION C/O NELNET<br>121 S 13TH ST<br>LINCOLN, NE 68508 | Unsecured | | $0.00 | $276,016.30 | $276,016.30 |
| 2 300 7100 | FIRST TECH FEDERAL CREDIT UNION<br>ATTN: SAM BANKRUPTCY<br>P.O. BOX 2100<br>BEAVERTON, OR 97075 | Unsecured | | $0.00 | $14,634.16 | $14,634.16 |
| 3 300 7100 | U. S. DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>P. O. BOX 69184<br>HARRISBURG, PA 17106-9184 | Unsecured | | $0.00 | $17,888.72 | $17,888.72 |
| | Case Totals | | | $0.00 | $309,620.01 | $309,620.01 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

U.S. Bankruptcy Court - Hawaii   #21-00212   Dkt # 16   Filed  02/03/22   Page 6 of 9

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-00212
Case Name: JOBY C. K. CELOZA
Trustee Name: Elizabeth A. Kane, Trustee

Balance on hand $ 4,307.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth A. Kane | $ 1,076.75 | $ 0.00 | $ 1,076.75 |
| Trustee Expenses: Elizabeth A. Kane | $ 4.08 | $ 0.00 | $ 4.08 |

Total to be paid for chapter 7 administrative expenses $ 1,080.83

Remaining Balance $ 3,226.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $308,539.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. DEPARTMENT OF EDUCATION C/O NELNET | $ 276,016.30 | $ 0.00 | $ 2,886.10 |
| 2 | FIRST TECH FEDERAL CREDIT UNION | $ 14,634.16 | $ 0.00 | $ 153.02 |
| 3 | U. S. DEPARTMENT OF EDUCATION | $ 17,888.72 | $ 0.00 | $ 187.05 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,226.17 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

U.S. Bankruptcy Court - Hawaii   #21-00212   Dkt # 16   Filed  02/03/22   Page 8 of 9

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE